IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01709-MSK-PAC

COMCAST OF COLORADO, LP, a Colorado limited partnership,

    Plaintiff(s),

v.

DAN MUELLER, a/k/a Danial Mueller, individually and d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,
KAZIMIR MUELLER, individually and d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,
WILLIAM IMHOF, individually and d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Motion to Re-Schedule Settlement Conference [filed June 21, 2005] is **GRANTED** as follows:

    The Settlement Conference set for **July 18, 2005 at 3:00 p.m.** is **vacated. Plaintiff shall call the court on or before July 1, 2005 to reschedule the settlement conference to a date agreeable to all parties. The following dates are a sampling of those available on the court's calendar at this time: July 20, 2005 at 3:00 p.m.; July 22, 2005 at 1:30 p.m.; August 1, 2005 at 8:00 a.m.; and August 5, 2005 at 8:00 a.m.**

Dated:  June 27, 2005