IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01709-MSK-PAC

COMCAST OF COLORADO, LP, a Colorado limited partnership,

    Plaintiff,

v.

DAN MUELLER, a/k/a Danial Mueller, individually and d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,
KAZIMIR MUELLER, individually and d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,
WILLIAM IMHOF, individually and d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,

    Defendants.

___

### ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST WILLIAM IMHOF INDIVIDUALLY

___

**THIS MATTER** comes before the Court pursuant to the parties Agreed Motion to Dismiss Defendant William Imhof, Individually **(# 38)**.

The Motion is **GRANTED**. The parties are advised, however, that their motion did not comply with Court rules in the following respects: (i) the motion did not bear a caption in the form required by D.C. Colo. L. Civ. R. 10.1(J); (ii) the motion did not set out a proposed amended caption as required by MSK Practice Standard II.*I*; (iii) the parties did not submit a proposed order with their electronic filing, nor submit a separate order to chambers by electronic

mail as required by D.C. Colo. ECF Proc. V.L.2.  Failure to comply with all applicable Court rules shall result in the denial of non-compliant motions in the future.  The caption in this action is amended to omit the reference to claims against Defendant Imhof in his individual capacity.

Dated this 14th day of July, 2005

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge