IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01709-MSK-PAC

COMCAST OF COLORADO, LP, a Colorado limited partnership,

    Plaintiff,

v.

DAN MUELLER, a/k/a Danial Mueller, individually and d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,
KAZIMIR MUELLER, individually and d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,
WILLIAM IMHOF, individually and d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,

    Defendants.

---

### ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CLAIMS AGAINST DEFENDANTS DANIAL MUELLER, INDIVIDUALLY AND KAZIMIR MUELLER, INDIVIDUALLY

---

THIS MATTER comes before the Court pursuant to the Plaintiff's Motion to Voluntarily Dismiss Defendants Danial Mueller, individually and Kazimir Mueller, individually ( **# 40**).

IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss Defendants Danial Mueller, individually and Kazimir Mueller, individually is deemed to be a request to dismiss claims against them, and is hereby granted.

All claims against Defendants Danial Mueller, individually and Kazimir Mueller, individually are dismissed without prejudice, with each side to bear their own costs.

Dated this 18th day of July, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge