IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01709-MSK-PAC

COMCAST OF COLORADO, LP, a Colorado limited partnership,

    Plaintiff,

v.

DAN MUELLER, a/k/a Danial Mueller, d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,
KAZIMIR MUELLER, d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,
WILLIAM IMHOF, d/b/a Converter Technologies, a fictitious name for an unregistered Colorado business,

    Defendants.

## ORDER DISMISSING CLAIMS AND
## DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

THIS MATTER comes before the Court on the Plaintiff's Motion to Voluntarily Dismiss Defendants **(#45).** The motion seeks to dismiss, with prejudice, all remaining Defendants, based upon the parties' settlement. The Court construes this as a request to dismiss all claims against all remaining Defendants, with prejudice.

**IT IS THEREFORE ORDERED** that the motion **(#45)** is **GRANTED**. The Plaintiff's claims against the remaining Defendants are dismissed, with prejudice. The Clerk of Court is

directed to close this case.

      Dated this 28th day of August, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge